UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS SOLANO,<br><br>    Petitioner,<br><br>v.<br><br>CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY, et al.,<br><br>    Respondent. | NO. CV 17-2671-RGK (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: November 21, 2017

_____
R. GARY KLAUSNER
United States District Judge